IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Diane Green,

　　Plaintiff,

v.　　　　　　　　　　　　　　　　　CASE NO. 2:07-cv-566-MHT

State of Alabama, et al.,

　　Defendants,

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Diane Green, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity　　　　　　　　　　　　Relationship to Party

_____　　　　　　_____

_____　　　　　　_____

_____　　　　　　_____

7/16/2007　　　　　　　　　　　　　　/s/ Russell W. Adams
Date　　　　　　　　　　　　　　　　　(Signature)

　　　　　　　　　　　　　　　　　　　Russell W. Adams
　　　　　　　　　　　　　　　　　　　(Counsel's Name)

　　　　　　　　　　　　　　　　　　　Diane Green
　　　　　　　　　　　　　　　　　　　Counsel for (print names of all parties)
　　　　　　　　　　　　　　　　　　　Wiggins, Childs, Quinn & Pantazis, LLC
　　　　　　　　　　　　　　　　　　　301 19th Street North
　　　　　　　　　　　　　　　　　　　Address, City, State Zip Code
　　　　　　　　　　　　　　　　　　　205-314-0500
　　　　　　　　　　　　　　　　　　　Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

## CERTIFICATE OF SERVICE

I, __Russell W. Adams, Counsel for Plaintiff__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __notification via the CM/ECF system__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __16th__ day of __July__ 20__07__, to:

Warren B. Lightfoot, Jr., Esq., John B. Holmes, III, Esq., Abigail H. Avery, Esq., Maynard Cooper & Gayle, PC,

1901 Sixth Avenue North, 2400 AmSouth/Harbert Plaza, Birmingham, AL 35203

Sharon F. Ficquette, Esq., Legal Office, P.O. Box 304000, Montgomery, AL 36130

Alice Ann Byrne, Esq., Folsom Administrative Building, 64 N. Union St., Ste. 316, Montgomery, AL 36130

M. Jefferson Starling, III, Esq., Aaron L. Dettling, Esq., Balch & Bingham, 1710 Sixth Avenue North,

Birmingham, AL 35203

7/16/2007
Date

/s/ Russell W. Adams
Signature