IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DIANE GREEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ALABAMA, *et al.*, )<br>)<br>Defendants. ) | CIVIL ACTION NO.:<br>07 cv 566-MHT |

_____

## JOINT STATEMENT REGARDING REPRESENTATION OF PARTIES

In response to this Honorable Court's Order of June 25, 2007 [Doc. No. 5], requiring the parties to jointly prepare a statement concerning representation, the following is submitted:

**A.    Defendants remaining in the case:**

1. Department of Human Resources

2. Dr. Page Walley, Commissioner of Department of Human Resources

3. State Personnel Department

4. Jackie Graham, Director of the State Personnel Department

**B.    Attorneys in the case:**

1. Russell W. Adams

2. Rocco Calamusa, Jr.

3. Warren B. Lightfoot, Jr.

4. John B. Holmes III

5. Abigail H. Avery

6. Sharon E. Ficquette

    7.  Alice Ann Byrne

**C.**    **Representation of parties:**

| Plaintiff: | Attorneys |
|---|---|
| Diane Green | Russell W. Adams |
|  | Rocco Calamusa, Jr. |

| Defendants: | Attorneys |
|---|---|
| State Personnel Department | Alice Ann Byrne |
| Jackie Graham, Director | Alice Ann Byrne |
| Department of Human Resources | Warren B. Lightfoot, Jr. |
|  | John B. Holmes III |
|  | Abigail H. Avery |
|  | Sharon E. Ficquette |
| Dr. Page Walley, Commissioner | Warren B. Lightfoot, Jr. |
|  | John B. Holmes III |
|  | Abigail H. Avery |
|  | Sharon E. Ficquette |

The parties agree that the Governor and the State of Alabama shall be dismissed from this action without prejudice, subject to the Plaintiff's right to reinstate the Governor and the State of Alabama as defendants upon notice to the Court and the parties. The Governor and the State would then be reinstated as defendants in this action as if they had never been dismissed such that any application statute of limitations shall be tolled during the dismissal period. The Defendants agree that no objection or defense arising from the dismissal will be raised.

Respectfully submitted, this 30th day of July, 2007.

                                                   /s/ Russell W. Adams
                                                   RUSSELL W. ADAMS (ASB 3760-A62R)
                                                   Attorney for Plaintiff

Address of Counsel:
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building

301 19th Street North
Birmingham, AL 35203-3204
(205) 314-0500

              /s/ Alice Ann Byrne_____
ALICE ANN BYRNE (BYR 015)
Attorney for Defendants
State of Alabama, Governor Fob James,
State Personnel Department, and Jackie Graham,
Director of State Personnel Department

Address of Counsel :
STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
64 North Union Street
Folsom Administrative Bldg.
Suite 316
Montgomery, AL 36130
(334) 242-3451

        /s/ Warren B. Lightfoot, Jr. _____
WARREN B. LIGHTFOOT, JR. (LIG 003)
JOHN B. HOLMES, III (HOL 115)
ABIGAIL H. AVERY (AVE 014)
Attorney for Defendants
Department of Human Resources
and Dr. Page Walley, Commissioner

Address of Counsel :
MAYNARD COOPER & GALE, PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2618
(205) 254-1000

        /s/ Sharon E. Ficquette_____
SHARON E. FICQUETTE (FIC 001)
Attorney for Defendants
Department of Human Resources
and Dr. Page Walley, Commissioner

Address of Counsel:
DEPT. OF HUMAN RESOURCES
Legal Office
P. O. Box 304000
Montgomery, AL 36130-4000
(334) 242-9330