**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **DIANE GREEN,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   Civil Action No.: 07-CV-566-MHT |
| | * |
| **DEPARTMENT OF HUMAN** | * |
| **RESOURCES, et al.** | * |
| | * |
| **Defendant.** | |

## MOTION TO DISMISS WITH PREJUDICE

COMES NOW the plaintiff who moves this Court to dismiss this action with prejudice.

        Respectfully submitted,

        /s/ Richard J. Ebbinghouse
        Richard J. Ebbinghouse
        Attorney for Plaintiff


OF COUNSEL:
**WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.**
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been electronically filed with the court's CM/ECF filing system this 27th day of October, 2007 and the Clerk of the Court will serve counsel of record electronically:

Alice Ann Byrne
State Personnel Department
64 North Union Street
316 Folsom Administrative Bldg.
Montgomery, AL 36130
AliceAnn.Byrne@personnel.alabama.gov

Warren B. Lightfoot, Jr.
John B. Holmes, III
Abigail H. Avery
Maynard, Cooper & Gayle, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
wlightfoot@maynardcooper.com
jholmes@maynardcooper.com
aavery@maynardcooper.com

Sharon E. Ficquette
Department of Human Resources
Legal Office
P.O. Box 304000
Montgomery, AL 36130-4000
sharon.ficquette@dhr.alabama.gov

/s/ Richard J. Ebbinghouse
OF COUNSEL